UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDERAL INSURANCE COMPANY, as subrogee of Melvin and Theresa Karmazin

    Plaintiff,

v.                                                Case No: 2:18-cv-409-FtM-38CM

CONDITIONED AIR COMPANY OF NAPLES, LLC,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 16). Plaintiff seeks to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Under Rule 41, a party may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or motion for summary judgment or by filing a stipulation of dismissal signed by all parties who have appeared. See Fed. R. Civ. P. 41(a)(1)(A). Because Defendant answered the Complaint, Plaintiff can only dismiss the action under Rule 41 by filing a stipulation signed by all parties who have appeared. See Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff's Notice

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

does not comply with this requirement and is thus ineffective. Should Plaintiff wish to dismiss this case, it must file a stipulation of dismissal signed by all parties who have appeared.

Accordingly, it is now

**ORDERED:**

Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 16) is **DENIED.**

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of August 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2